IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02100-WYD

UNITED STATES OF AMERICA,

    Petitioner,

v.

KENNETH GALLEGOS,

    Respondent.

**FINAL ENFORCEMENT ORDER**

Having considered the United States' Petition to Enforce Internal Revenue Service Summons and accompanying exhibits, this Court finds as follows:

1.    On August 29, 2007, the Internal Revenue Service ("IRS") issued a summons to Kenneth Gallegos (hereafter "Respondent").

2.    The IRS summons was issued to Respondent for a legitimate purpose — to obtain information concerning the determination of the federal income tax liability for the years ending December 31, 2003, and December 31, 2005, and for the quarterly periods ending December 31, 2003, March 31, 2004, and June 30, 2004.

3.    The above-listed tax periods were specified in the IRS summons served on Respondent.

4.    The testimony, records, and documents demanded by the IRS summons are not in the possession of the IRS.

5.	The Government filed a Petition to Enforce Internal Revenue Summons filed September 29, 2008.  The Petition asserts that the Court has jurisdiction over the case pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an IRS summons.  Pursuant to the request of the Government in the Petition, an Order to Show Cause was issued on October 1, 2008, compelling Respondent Kenneth Gallegos to appear at this hearing and show cause why he should not be compelled to obey the IRS summons.

6.	The Order to Show Cause stated that if the Respondent had any defenses to present or motions to make in opposition to the petition, such defenses, or motions, if any, had to be made in writing and filed with the Court and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing.  The Order further stated that only those issues raised by motion or brought into controversy by that responsive pleading would be considered by the Court and any uncontested allegations in the petition would be deemed admitted.

7.	A Declaration of Service was filed with the Court on November 14, 2008, indicating that Defendant had been served on November 13, 2008 with the Petition, the Order to Show Cause, and a Minute Order resetting the hearing to December 10, 2008, at the Government's request.

8.	The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

9.	As of this date, Respondent has failed to comply with the IRS summons.

10. Further, Respondent failed to appear at the hearing, although Government counsel indicated that he had received a voice mail from Respondent's attorney in California. Respondent also failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons. Indeed, Respondent did not make any filings in response to the Order to Show Cause.

IT IS THEREFORE ORDERED that the Petition to Enforce Internal Revenue Summons filed September 29, 2008 is **GRANTED**. In accordance therewith, it is

ORDERED that Respondent shall comply with and obey the IRS summons served upon him by appearing at the IRS office at 56 Inverness Drive East, Englewood, Colorado 80112 before Revenue Officer Charles Morrell, telephone number (720) 956-4322 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than **January 9, 2009**, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons. Failure to comply with this order may result in Respondent being found in contempt of court in which case he may be fined or imprisoned. It is

FURTHER ORDERED that upon entry of this Order, this case shall be **DISMISSED** and the Clerk of Court shall enter judgment in favor of the Petitioner.

Dated: December 11, 2008

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief U. S. District Judge